Charles G. Wilson, and Frank E. Saxon as Garnishee,
Plaintiffs in Error, vs. Benjamin F. Kirk, Defen-
dant in Error.

Writ of error to Circuit Court, Hernando county;
William A. Hocker, Judge.

R. W. Williams and W. S. Jennings, for Plaintiffs in Error.

G. C. Martin, Geo. P. Raney and John A. Henderson, for Defendant in Error.

Garnishment proceedings were instituted against Frank E. Saxon, in the suit of Benjamin F. Kirk, plaintiff, vs. Charles G. Wilson, defendant. There was judgment for the plaintiff in garnishment, and the defendant and garnishee take writ of error.

Writ of error dismissed because the record proper exhibits no final judgment.

Decision Per Curiam.